Judge: Thomas T. Glover  
Chapter: 13

# United States Bankruptcy Court
## Western District of Washington at Seattle

In RE:     Chapter 13 Case # 09-18281

Anthony Thetford  
7820 85Th Street Ne  
Marysville,Wa 98270

Debtor(s)

### Chapter 13 Trustee's Report of Filed Claims
March 11, 2010

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald  
Chapter 13 Trustee

Chapter 13 Case No. 09-18281

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Bac Home Loans Servicing Lp<br>7105 Corporate Dr Ptx-B-209<br>Plano,TX 75024 | $0.00 | Relief Granted<br><br>Comm: Surrender/1st Mortg, Condo<br>Acct # 0728/CTO 10-20-09 |
| 98 / 0002 | | Pay: 100.00%    Int%: 0.00 |
| Bac Home Loans Servicing Lp<br>1757 Tapo Canyon Rd<br>Simi Valley,CA 93063 | $0.00 | Surrender Collateral<br><br>Comm: 2nd mtg/ Condo<br>Acct # 7072 |
| 98 / 0003 | | Pay: 0.00%    Int%: 0.00 |
| Bank Of America<br>1000 Samoset Dr<br>De5-023-03-03<br>Newark,DE 19713 | $9,492.79 | Unsecured<br><br>Comm: Not Orig List<br>Acct # 6333/1817 |
| 40 / 0016 | | Pay: 0.00%    Int%: 0.00 |
| Bass & Associates P C<br>3936 E Fort Lowell Rd #200<br>Tucson,AZ 85712 | $14,061.96 | Secured By Boat/Rv/Cycles/Etc<br>@ $254.00 Per Month<br><br>Comm: 2007 Suzuki/SD=1-10<br>Acct # X7173/HSBC Bank NV |
| 179823    8 / 0004 | | Pay: 100.00%    Int%: 15.95 |

| Name / Address | Amount | Type / Details |
|---|---|---|
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101<br>200000    1 / 0000 | $0.00 | Filing Fee<br>Comm:<br>Acct #<br>Pay: 100.00%    Int%:  0.00 |
| Cr Evergreen Llc<br>Po Box 91121<br>Ms 550<br>Seattle,WA 98111-9221<br>40 / 0006 | $4,937.65 | Unsecured<br><br>Comm: Chase Bank USA NA<br>Acct # X6910<br>Pay: 0.00%    Int%:  0.00 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark,NJ 07193-5480<br>155679    40 / 0007 | $4,590.08 | Unsecured<br><br>Comm: Chase Bank USA NA<br>Acct # X5192<br>Pay: 0.00%    Int%:  0.00 |
| Emily Swanson<br>554 Magnolia Avenue<br>Long Beach,CA 90802<br>98 / 0008 | $0.00 | Notice Only<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Hsbc Bank Nevada Na<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson,AZ 85712<br>98 / 0012 | $0.00 | 2002 Notice<br><br>Comm:<br>Acct # X7173<br>Pay: 0.00%    Int%:  0.00 |
| James Strichartz Law Offices<br>201 Queen Anne Ave N #400<br>Seattle,WA 98109-4824<br>028217    98 / 0001 | $0.00 | 2002 Notice<br><br>Comm: Villa Royal Assoc<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0015 | $1,118.51 | Unsecured<br><br>Comm: Bank of America/FIA<br>Acct # 2743<br>Pay: 0.00%    Int%:  0.00 |
| Prober & Raphael<br>20750 Ventura Blvd #100<br>Woodland Hills,CA 91364<br>98 / 0014 | $0.00 | 2002 Notice<br><br>Comm: Cratty: BAC Home Loans Servicing LP<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Recovery Management Systems Corp<br>25 Se 2Nd Ave #1120<br>Miami,FL 33131<br>98 / 0013 | $0.00 | 2002 Notice<br><br>Comm: Carecredit<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |

| | | |
|---|---|---|
| Routh Crabtree Olsen Ps<br>3535 Factoria Blvd Se #200<br>Bellevue,WA 98006 | $0.00 | 2002 Notice<br><br>Comm: Cratty: BAC Home Loans Servicing<br>Acct # |
| 068706  98 / 0011 | | Pay: 0.00%  Int%: 0.00 |
| Schmidt Family Chiropractic<br>4418 Rucker Ave Ste A<br>Everett,WA 98203 | $0.00 | Not Filed<br><br>Comm:<br>Acct # |
| 40 / 0009 | | Pay: 0.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21126<br>Philadelphia,PA 19114 | $0.00 | Notice Only<br><br>Comm: 08 Tax Return<br>Acct # |
| 018386  98 / 0010 | | Pay: 0.00%  Int%: 0.00 |
| Villa Royale Hoa<br>C/O James L Strichartz<br>201 Queen Ann Ave N #400<br>Seattle,WA 98109 | $0.00 | Relief Granted<br><br>Comm: Surrender/Condo Dues/CTO 11-23-09<br>Acct # 0975604 |
| 98 / 0005 | | Pay: 100.00%  Int%: 0.00 |

**Total Claimed Amount:  $34,200.99**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims.  The above figures do not reflect any payments and may not be the current balances.  They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors.  This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully.  If you dispute any amounts claimed by your creditors you must contact your attorney.  A copy of this report has been forwarded to your attorney.

Pursuant to rule 3007-1(b) of the local rules of bankruptcy procedure, objections to claims must be filed and served no later than ninety (90) days after March 11, 2010, the date the Chapter 13 Trustee's report of filed claims is filed.  (See also rules 3007 and 9006(f) federal rules of bankruptcy procedure and rule 9013-1 local rules of bankruptcy procedures).

Within that ninety (90) day period and in the absence of written objections, the Trustee will distribute funds pursuant to the plan.  Therefore disputed claims may receive disbursements until a written objection is filed.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

CM092    March 11, 2010                                                                                      Run by Jeanine
Case 09-18281-KAO    Doc 41    Filed 03/11/10    Ent. 03/11/10 10:18:07    Pg. 3 of 4

March 11, 2010

CC: Caren Sassower
3306 Wetmore Ave
Everett, WA 98201

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax: (206) 624-5282